UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 20-CR-2100-WQH |
| Plaintiff, ) | |
| v. ) | ORDER TO CONTINUE MOTIONS HEARING AND TRIAL SETTING HEARING |
| ALVARO ARIZAGA, Jr. (1), ) | |
| Defendant. ) | |

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that the Motions and Trial Setting Hearing currently set for April 14, 2022, at 9:00 a.m. be continued to May 19, 2022, at 9:00 a.m.

It is further ordered that time between the initial setting and the next court date be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h) (7).

**SO ORDERED.**

Dated: April 13, 2022

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court