# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALVARO ARIZAGA (1),<br><br>Defendant. | Case No. 20cr2100-WQH<br><br>**Judgment and ORDER GRANTING MOTION AND DISMISSING INDICTMENT**<br><br>[Dkt. No. __] |

Upon motion by the government, and good cause appearing, the Court **GRANTS** the motion, and **DISMISSES** the Indictment [Dkt. No. 13] as to the above-named Defendant without prejudice.

**IT IS SO ORDERED.**

Dated: May 9, 2022

_____
Hon. William Q. Hayes
United States District Court